ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 NOV -9 AM 11: 21

CLERK _Crdcees_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KEITH HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 312-092 |
| | ) | |
| JOSE MORALES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's request to proceed IFP is **DENIED** (doc. no. 2), and this

action is **DISMISSED**. If Plaintiff wishes to proceed with this civil action, he must submit

a new complaint, along with the full filing fee. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th

Cir. 2002) (*per curiam*). Furthermore, Plaintiff is enjoined from seeking to proceed IFP

again absent sworn allegations that he is in "imminent danger."[1]

SO ORDERED this 9th day of November, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1]Though the instant complaint was ostensibly brought as a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254, the Magistrate Judge correctly construed it as a complaint brought under 42 U.S.C. § 1983. (See doc. no. 4, pp. 2-4.)